# Law Offices of David R. Giles

David R. Giles, Esquire
Admitted in NJ, NY & CA

Lisa Dickholtz, Education Consultant

February 3, 2022

*Via ECF*

United States District Court, District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  J.S. and S.S. on behalf of A.S. v. West Morris Regional High School District Board of Education

Dear Sir/Madam:

I represent Plaintiffs, J.S. and S.S., on behalf of A.S., in the matter referenced above. Being submitted along with this letter via ECF for filing are a Verified Complaint, Civil Cover Sheet and proposed Summons, and a proposed Order to Show Cause, proposed Stay-Put Order, and supporting Brief, Certification and Appendix.

The Appendix is being submitted in three Parts (Parts I, II and III) because Part II is being filed separately in a second transaction under seal because it consists of confidential and sensitive student records.  Part II itself is being filed in three subparts (Subparts A, B and C) to meet ECF file size limit requirements.

Simultaneous with this filing of the Verified Complaint and application for an order to show cause, I have shared a copy of the papers listed above with the Board's attorney, Jodi S. Howlett of Cleary Giacobbe Alfieri Jacobs, LLC, via email at jhowlett@cgajlaw.com.

The Court's attention to this matter is appreciated.

Respectfully submitted,

David R. Giles

Cc:  Jodi S. Howlett, Attorney for Defendant (via email)
     Julie Warshaw, Esq., Plaintiffs' Co-counsel (via email)
     Plaintiffs (via email)