David R. Giles
Attorney at Law
34 Rynda Road
South Orange, New Jersey 07079
973-763-1500
davidgiles@davidgileslaw.com

Attorney for the Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| J.S. and S.S., on behalf of A.S., <br><br> Plaintiffs, <br><br> v. <br><br> WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION. <br><br> Defendant. | Civil Action <br><br> No. <br><br> **[PROPOSED] ORDER TO SHOW CAUSE** |

**THIS MATTER** having been brought before the Court by David R. Giles, attorney for Plaintiffs, J.S. and S.S., on behalf of A.S., seeking, pursuant to L. Civ. R. 65.1(a), relief by way of an order to show cause, based upon facts set forth in a Verified Complaint; and it appearing that Defendant, WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION, has notice of this application; and for good and sufficient cause shown.

It is on this _____ day of _____, 2022,

**ORDERED** that Defendant, WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION, appear and show cause before the Hon. _____, United States District Court Judge, at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, on the _____ day of _____, 2022, at_____ o'clock in the a.m. / p.m., or as soon thereafter as counsel can be heard, why an order should not be issued directing the District to comply immediately with Plaintiff A.S.'s stay-put IEP and implement the curb to curb transportation included therein by picking her up and dropping her off in front of her home when transporting her to and from school during the pendency of the special education due process hearing regarding the parties' underlying transportation dispute presently before the New Jersey Office of Administrative Law and granting such other relief as the Court may deem equitable and just;

And it is further **ORDERED** that:

1. A copy of this Order to Show Cause and the Verified Complaint and supporting Brief, Certification and Appendix be served upon the Defendant within ____ days of the date of this Order in accordance with Fed. R. Civ. P. 4;

2. Defendant shall file and serve written responses to this Order to Show Cause by no later than the ____ day of _____, 2022;

3. Plaintiffs shall file and serve any written reply to Defendant's responses by no later than the ____ day of _____, 2022; and

4. If the Defendant does not file and serve a response in opposition to this Order to Show Cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that Plaintiffs file a proof of service.

_____
, U.S.D.J.