David R. Giles
Attorney at Law
34 Rynda Road
South Orange, New Jersey 07079
973-763-1500
davidgiles@davidgileslaw.com

Attorney for the Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| J.S. and S.S., on behalf of A.S., <br><br>      Plaintiffs, <br><br> v. <br><br> WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION. <br><br>      Defendant. | <u>Civil Action</u> <br><br> No. <br><br><br> **[PROPOSED] STAY PUT ORDER** |

**THIS MATTER** having been brought before the Court by David R. Giles, attorney for Plaintiffs, J.S. and S.S., on behalf of A.S., seeking, pursuant to L. Civ. R. 65.1(a), relief by way of an order to show cause, based upon facts set forth in a Verified Complaint; and this court having ordered Defendant, WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION, to show cause why an order should not be issued directing Defendant as set forth in the Order to Show Cause; and this court having considered the submissions and arguments of the parties; and Plaintiffs having demonstrated that A.S. is entitled to relief

under the "stay-put" provision of the Individual with Disabilities Education Act, 20 U.S.C. § 1415(j); and for good cause shown.

It is on this _____ day of _____, 2022,

**ORDERED** that defendant, WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION, shall comply immediately with Plaintiff A.S.'s stay-put IEP and implement the curb to curb transportation included therein by picking her up and dropping her off in front of her home when transporting her to and from school during the pendency of the special education due process hearing regarding the parties' underlying transportation dispute presently before the New Jersey Office of Administrative Law; and it is further

**ORDERED** that a copy of this Order be served upon the Defendant within _____ days of the date of this Order.

_____
, U.S.D.J.