David R. Giles
Attorney at Law
34 Rynda Road
South Orange, New Jersey 07079
973-763-1500
davidgiles@davidgileslaw.com

Attorney for the Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| J.S. and S.S., on behalf of A.S.,<br><br>    Plaintiffs,<br><br>v.<br><br>WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION.<br><br>    Defendant. | Civil Action<br><br>No.<br><br>**CERTIFICATION OF DAVID R. GILES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR AN ORDER TO SHOW CAUSE** |

David R. Giles, being of full age, states as follows:

1. I represent the Plaintiffs in the above-captioned matter and in the related special education due process hearing pending before the New Jersey Office of Administrative Law.

2. I am familiar with the proceedings and record in that matter.

3. Along with and in support of Plaintiffs' application for an order to show cause and stay-put order, Plaintiff is filing an Appendix of the OAL Stay-Put Hearing Records, which includes true copies of the Administrative Law Judge's Final

Decision-Emergent Relief, Plaintiffs' Due Process Hearing Request, the Certification of J.S. in Support of Petitioners' Motion for Emergent Relief to Enforce Stay-Put and Exhibits A-M, attached thereto, the Affidavit of Michael Reinknecht, and the Supplemental Certification of J.S. in Support of Petitioners' Motion for Emergent Relief to Enforce Stay-put.

4. The Appendix includes all of the evidence introduced in support of and opposition to A.S.'s Motion for Emergent Relief to Enforce Stay-put as no live testimony was taken during the hearing on January 25, 2022, which only consisted of oral argument.

5. A transcript of oral argument was ordered on January 28, 2022, but might not be ready for a month or more.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 3, 2022          s/David R. Giles, Esq.
                                 Attorney for Plaintiffs