# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**J.S. AND S.S. ON BEHALF A.S.,**
*Plaintiff*

          V.          **SUMMONS IN A CIVIL CASE**

**WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION,**
*Defendant*

CASE NUMBER: **2:22–CV–00561–BRM–ESK**

TO: *(Name and address of Defendant):*    Michael Ben-David, J.D., M.Ed.
Superintendent
10 South Four Bridges Road
Chester, NJ 07930

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

        David R. Giles
        Attorney at Law
        34 Rynda Road
        South Orange, NJ 07079

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2022–02–04 10:38:51**, Clerk USDC NJD

|  | RETURN OF SERVICE |  |  |
|---|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | February 4, 2022 | |
| NAME OF SERVER *(PRINT)*  David R. Giles | TITLE | Attorney for Plaintiffs | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☒ Other (specify) : With consent of Defendant's counsel, Jodi Howlett, served this Summons and the
Complaint on the Defendant by delivering a copy of same to her via USPS Priority Mail.
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   February 5, 2022                    s/David R. Giles
                    Date                          *Signature of Server*

                                                  34 Rynda Road, South Orange, NJ 07079
                                                  *Address of Server*