David R. Giles
Attorney at Law
34 Rynda Road
South Orange, New Jersey 07079
973-763-1500
davidgiles@davidgileslaw.com

Attorney for the Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| J.S. and S.S., on behalf of A.S.,<br><br>    Plaintiffs,<br><br>v.<br><br>WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION.<br><br>    Defendant. | <u>Civil Action</u><br><br>Case No. 2:22-00561-BRM-ESK<br><br><br>**CERTIFICATION IN SUPPORT OF DEFAULT WITH REQUEST TO CLERK** |

David R. Giles, being of full age, states as follows:

    1.   I represent Plaintiffs in the above-captioned matter and in the related special education due process hearing pending before the New Jersey Office of Administrative Law.

    2.   A copy of the Summons and Complaint was served on Defendant on February 4, 2022, and the Return of Service (ECF 5) is on file in this action.

    3.   The Defendant, West Morris Regional High School District Board of Education has not answered or otherwise

appeared in this action, and the time within which defendant may appear has expired.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 21, 2022          s/David R. Giles
                                         Attorney for Plaintiffs

**Request to Clerk to Enter Default**

To: William T. Walsh, Clerk of Court
       United States District Court, District of New Jersey
       Martin Luther King Building & U.S. Courthouse
       50 Walnut Street
       Newark, NJ 07102

Defendant, West Morris Regional High School District Board of Education, having failed to answer or otherwise appear in this action, and the time for appearance having expired, you are requested to enter Defendant's default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: June 21, 2022          s/David R. Giles
                                         Attorney for Plaintiffs