David R. Giles
Attorney at Law
34 Rynda Road
South Orange, New Jersey 07079
973-763-1500
davidgiles@davidgileslaw.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| J.S. and S.S., on behalf of A.S., <br><br> Plaintiffs, <br><br> v. <br><br> WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION. <br><br> Defendant. | Civil Action <br><br> Case No. 2:22-00561-EP-ESK <br><br><br> **JUDGMENT** |

Defendant, WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION, has defaulted in this action. Defendant's default was entered on June 22, 2022. Plaintiffs' entitlement to injunctive relief under IDEA's "stay-put" provision, 20 U.S.C. § 1415(j), namely, an order directing Defendant to comply with A.S.'s stay-put IEP by providing her transportation to and from school with a pick-up and drop-off in front of her house during the pendency of the underlying special education due process hearing, was established based on the facts and law shown in the Verified Complaint (ECF 1), the Brief (ECF 1-6) and Appendix of

the OAL Stay Put Hearing Records (ECF 1-8 and 1-9) filed in Support of Plaintiffs' application for an order to show cause, and the Certification of David R. Giles, attorney for Plaintiff, filed in support of Plaintiffs' Motion for Default Judgment.

It is therefore adjudged that:

1. Defendant be and hereby is Ordered to comply with A.S.'s stay-put IEP by providing her the curb-to-curb transportation called for therein by transporting her to and from school with a pick-up and drop-off in front of her house beginning when school resumes in September and continuing through the pendency of the special education due process hearing presently before the New Jersey Office of Administrative Law; and

2. Plaintiff recover from Defendant costs of this action, including reasonable attorney's fees that may be ordered upon a timely application for same.

Dated: July 6, 2022

_____
Evelyn Padin, U.S.D.J.