UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.S. and S.S., on behalf of A.S.,<br><br>　　　　　Plaintiffs,<br>v.<br><br>WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION.<br><br>　　　　　Defendant. | *Civil Action*<br><br>Docket No.: 2:22-cv-0561<br><br>**NOTICE OF APPEARANCE.** |

PLEASE TAKE NOTICE that JODI S. HOWLETT, ESQ., a Partner at the firm of Cleary Giacobbe Alfieri Jacobs, LLC, hereby enters her appearance as counsel for DEFENDANT, WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION, in the above-captioned matter, and requests that copies of all notices, pleadings, and other papers filed in this matter also be served upon her.

　　　　　　　　　　　　　　　　　By: 　　*s/ Jodi Howlett*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Jodi S. Howlett, Esq. (#039272007)
　　　　　　　　　　　　　　　　　　　　CLEARY GIACOBBE ALFIERI JACOBS, LLC
　　　　　　　　　　　　　　　　　　　　955 State Route 34, Suite 200
　　　　　　　　　　　　　　　　　　　　Matawan, New Jersey 07747
　　　　　　　　　　　　　　　　　　　　(732) 583-7474
　　　　　　　　　　　　　　　　　　　　(732) 290-0753
　　　　　　　　　　　　　　　　　　　　jhowlett@cgajlaw.com
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant, West Morris Regional High School District Board of Education

Dated: August 23, 2022