# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

JODI S. HOWLETT, Partner
jhowlett@cgajlaw.com

**Reply to: Matawan Office**

September 13, 2022

<u>*Via Electronic Filing*</u>
The Honorable Evelyn Padin, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ  07101

   Re: J.S. and S.S., on behalf of A.S.
      v. West Morris Regional High School District Board of Education
      U.S.D.C. Docket No.:  2:22-cv-00561-EP-ESK

Dear Judge Padin:

Please be advised that this firm represents Defendant, West Morris Regional High School District Board of Education, in connection with the above-referenced matter.  Plaintiffs are represented by David R. Giles, Esq.  In this regard, please be advised that the undersigned has conferred with Plaintiffs' counsel who has agreed to withdraw Plaintiffs' pending Motion for Entry of Default Judgment [11] and allow Defendant to file its Answer out of time, on or before September 18, 2022.  By copy of this correspondence, I am hereby notifying Plaintiffs' counsel that we have advised the Court of same, and hereby request the Court's permission to file Defendant's Answer out of time.

Thank you for your assistance regarding this matter.

Very truly yours,

*[signature]*

Jodi S. Howlett
JSH/tb

  cc: David R. Giles, Esq. (via electronic filing)

---

**Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753**
Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 908 524-0096
Haddonfield Office: 255 Kings Highway East, Haddonfield, NJ 08033 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com