UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **J.S.,** *et al.*,<br><br>         **Plaintiffs,**<br><br>    v.<br><br>**WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION,**<br><br>         **Defendant.** | **Case No. 22–cv–00561–EP–ESK**<br><br>**ORDER** |

**THIS MATTER** having come before the Court; pursuant to Federal Rule of Civil Procedure 16 for an initial scheduling conference on November 2, 2022; and the parties having filed a joint letter on October 27, 2022 (ECF No. 18); and for good cause appearing and with the consent of the parties,

**IT IS** on this   **2nd** day of **November 2022**   **ORDERED** that:

1.   This matter is administratively terminated.

2.   A party may reopen this matter and activate the application for an order to show cause (ECF No. 1) by letter application.

                                                                    */s/ Edward S. Kiel*
                                                                    **EDWARD S. KIEL**
                                                                    **UNITED STATES MAGISTRATE JUDGE**