# Law Offices of David R. Giles

David R. Giles, Esquire
Admitted in NJ, NY & CA

Lisa Dickholtz, Education Consultant

March 3, 2023

*Via ECF Only*

Hon. Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  Application to Reopen Case
     J.S., et al. v. West Morris Regional High School District Board of Education
     Case No. 2:22-00561-EP-ESK

Dear Judge Kiel:

As Your Honor may recall, I represent Plaintiffs, J.S. and S.S., on behalf of A.S., in the matter referenced above, which was administratively terminated by Order dated November 2, 2022. As permitted by that Order, I am hereby applying to reopen the case. I am also seeking leave to file the accompanying Amended Complaint.

The original Verified Complaint was filed with an application for an order to show cause on February 3, 2022, to appeal the decision of an Administrative Law Judge (ALJ) in a special education due process hearing denying emergent relief sought to enforce the student's right to "stay put" under the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. §§ 1400, *et seq.* The application was not addressed right away, and by the time it came to the Court's attention, the emergent situation had dissipated. Because the parties were waiting for a final decision in the underlying due process hearing, it was decided to administratively close the matter pending that decision, preserving Plaintiffs' ability to reopen the matter and reactive the application for an order to show cause if necessary.

The ALJ issued a final decision in the underlying due process hearing on December 7, 2022, which did not resolve the "stay put" or IEP issues in the case to the satisfaction of the parents. They wish to appeal that decision. Under IDEA, an appeal of that decision is due within 90 days of its issuance, or by March 7, 2023. 20 U.S.C. § 1415(i)(2)(B); N.J.A.C. 6A:14-2.7(v)(1).

Consequently, while Plaintiffs do not wish to reactive the order to show cause at this time, I am hereby requesting that this matter be reopened and that Plaintiffs be granted leave to file the accompanying Amended Complaint in order to appeal the ALJ's decision.

Hon. Edward S. Kiel, U.S.M.J
October 27, 2022
Page **2** of **2**

The Court's attention to this matter is appreciated.

Respectfully submitted,

*/s/ David R. Giles*

David R. Giles

Cc: Jodi S. Howlett, Esq. (via ECF)
     J.S. and R.S (via email)