# Law Offices of David R. Giles

David R. Giles, Esquire
Admitted in NJ, NY & CA

Lisa Dickholtz, Education Consultant

March 13, 2023

*Via ECF Only*

Hon. Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: <u>J.S., et al. v. West Morris Regional High School District Board of Education</u>
    Civil Action No. 2:22-00561-EP-ESK

Dear Judge Kiel:

As Your Honor is aware, I represent Plaintiffs, J.S. and S.S., on behalf of A.S., in the matter referenced above. I write in accordance with Your Honor's Order of March 6, 2023, to advise the Court that Ms. Howlett, attorney for the School District, has advised me that the School District does not object to Plaintiffs filing the Amended Complaint.

The Court's attention to this matter is appreciated.

Respectfully submitted,

David R. Giles

Cc: Jodi S. Howlett, Esq. (via ECF)
    J.S. and R.S (via email)