# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **J.S.,** *et al.*, <br><br>     **Plaintiffs,** <br><br> v. <br><br> **WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION,** <br><br>     **Defendant.** | Case No. 22–cv–00561–EP–ESK <br><br><br> **ORDER** |

**THIS MATTER** having come before the Court for a telephone conference on March 23, 2023; and defendant's counsel having failed to appear for the conference; and plaintiff's counsel having advised the Court during the conference that a decision from the Commissioner of Education in a related proceeding is scheduled to be issued on May 1, 2023; and for good cause appearing,

**IT IS** on this **23rd** day of **March 2023 ORDERED** that:

1. This matter is administratively terminated pending further order of the Court.

2. A telephone conference is scheduled before Magistrate Judge Edward S. Kiel for **May 31, 2023 at 9:45 a.m.** The dial in number is 1-888-684-8852 and the access code is 310-0383#.

3. Defendant's counsel is reminded that a party or its attorney's failure to appear at a scheduling conference, failure to prepare substantially to participate in a conference, or failure to obey a scheduling or other pretrial order may result in the issuance of appropriate sanctions. *See* Fed.R.Civ.P. 16(f).

                                               */s/ Edward S. Kiel* <br>
                                               **EDWARD S. KIEL** <br>
                                               **UNITED STATES MAGISTRATE JUDGE**