UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.S., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WEST MORRIS REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION,<br><br>　　　　Defendant. | Case No. 22–cv–00561–EP–ESK<br><br><br>ORDER |

**THIS MATTER** having come before the Court for a telephone conference on May 31, 2023; and the parties having advised the Court that a related administrative proceeding has concluded; and the Court having previously administratively terminated this matter (ECF No. 23 ¶1); and for good cause appearing,

**IT IS** on this   **31st** day of **May 2023**   **ORDERED** that:

1.　The Clerk of the Court is directed to reinstate this matter.

2.　Plaintiffs are granted leave to file an amended complaint by **June 23, 2023**.

3.　A telephone conference is scheduled before Magistrate Judge Edward S. Kiel for **September 7, 2023 at 11:00 a.m.**   The dial in number is 1-888-684-8852 and the access code is 310-0383#.

　　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　EDWARD S. KIEL
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE