# Law Offices of David R. Giles

David R. Giles, Esquire
Admitted in NJ, NY & CA

Lisa Dickholtz, Education Consultant

June 14, 2023

*Via ECF Only*

Hon. Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   J.S., et al. v. West Morris Regional High School District Board of Education
      Civil Action No. 2:22-00561-EP-ESK

Dear Judge Kiel:

As Your Honor is aware, I represent Plaintiffs, J.S. and S.S., on behalf of A.S., in the matter referenced above. As permitted by Your Honor's Order of May 31, 2023, I am filing along with this letter Plaintiffs' Second Amended Complaint. I am also filing a blackline version of the complaint showing changes from the previously filed Amended Complaint.

Respectfully submitted,

David R. Giles

Cc:   Jodi S. Howlett, Esq. (via ECF)
      J.S. and R.S (via email)