# Law Offices of David R. Giles

David R. Giles, Esquire
Admitted in NJ, NY & CA

Lisa Dickholtz, Education Consultant

September 22, 2023

**Via ECF Only**

Hon. Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  J.S., et al. v. West Morris Regional High School District Board of Education
     Case No. 2:22-cv-00561-EP-ESK

Dear Judge Kiel:

As Your Honor is aware, I represent Plaintiffs, J.S. and S.S., on behalf of A.S., in the matter referenced above. Following up on the telephone status conference held before Your Honor on September 7, 2023, I am submitting on behalf of Ms. Howlett and myself the following briefing schedule:

1. Plaintiffs' dispositive motion is due on October 27, 2023.
2. Defendant's opposition and any cross-dispositive motion are due on November 6, 2023.
3. Plaintiffs' reply is due on November 17, 2023.

Respectfully submitted,

*David R. Giles*

David R. Giles

Cc:  Jodi S. Howlett, Esq. (via ECF)
     J.S. and R.S (via email)

**SO ORDERED this ___ day of September 2023.**

_____
**EDWARD S. KIEL**
**United States Magistrate Judge**